■ ERWIN S. COY, Respondent, v. SECURITY TRUST COMPANY OF ROCHESTER et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ RUTH N. SOULE et al., Appellants, v. TOWN OF PERINTON et al., Respondents.— Motions granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON L. COHEN, Appellant.— Motion to enlarge time granted on condition record is settled and filed on or before December 15, 1956; that appellant file and serve his brief on or before January 15, 1957, that respondent file and serve his brief on or before February 15, 1957, and argument of the appeal to be had during the March, 1957 Term of this court; respondent's application for alternative relief denied. Memorandum: The application to extend the appellant's time is being granted by reason of the fact that it has been impossible for the appellant to obtain the transcript of the minutes from the stenographer. The stenographer has likewise failed to comply with section 456 of the Code of Criminal Procedure. We have summoned the official stenographer to appear before us and have taken his sworn testimony. While we do not condone his delay up to date, we are satisfied after hearing his testimony that it will require a period of 40 to 50 days for him to complete the transcript.

■ LOREN MACMASTER, Appellant, v. INLAND EXPRESS INC., et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of ROGER RIEHL, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Proceeding dismissed, without costs, upon stipulation.

■ ROSE BONACCI, Appellant, v. MOVASS MARASHIAN et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ WALTER MACK, on Behalf on Himself and Creditors of WILLIAM EDELL, Plaintiff, v. WILLIAM EDELL et al., Defendants. (And related actions.) — Motion to vacate order dismissing appeal of John Nicholas as receiver and trustee denied.

## (September 27, 1956)

■ ROSANNA FUNDERBURK, by GEORGE FUNDERBURK, her Guardian ad Litem, et al., Plaintiffs, v. SERVICE TRUCKING CO., INC., Respondent, and SPOFFORD FUNDERBURK, Appellant.— Order reversed as matter of discretion, with $10 costs and disbursements, and motion granted, with $10 costs, and appellant's cause of action directed to be first tried. Memorandum: We believe a trial of the action as consolidated would be prejudicial to the interests of the appellant, Spofford Funderburk. All concur, except Kimball, J., who dissents and votes for affirmance. (Appeal from an order of Erie Special Term denying a motion by defendant Funderburk for a severance and a separate trial of his causes of action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.